| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  7 |
|  |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                              06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Vision III Imaging, Inc. |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 54-1519663 |
| **4.** | **Debtor's address** | **Principal place of business**  1875 Campus Commons Dr., Suite 225  Reston, VA 20191-1533  Number, Street, City, State & ZIP Code  Fairfax  County | **Mailing address, if different from principal place of business**  11160-C1 South Lakes Dr., Box 702  Reston, VA 20191-4327  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  My Guys Storage  45180 Global Plaza, #125 Sterling, VA 20166-2344  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | https://inv3.com/ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor   Vision III Imaging, Inc.                                              Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  Vision III Imaging, Inc.     Case number (*if known*) _____
    *Name*

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  Vision III Imaging, Inc. _____   Case number (*if known*)_____
         Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Vision III Imaging, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 17, 2023
              MM / DD / YYYY

**X** /s/ Christopher A. Mayhew                    Christopher A. Mayhew
Signature of authorized representative of debtor    Printed name

Title   CEO

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell,                      Date November 17, 2023
Signature of attorney for debtor                   MM / DD / YYYY

Steven B. Ramsdell, 33222
Printed name

Tyler, Bartl & Ramsdell, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone   (703) 549-5000      Email address

33222 VA
Bar number and State

Barbara Wanless
2481 N. 117th St.
Milwaukee, WI 53226

Billy Bingham
10786 Taylor Farm Rd.
Woodstock, MD 21163

Blakney Corporation
c/o Robert Brumder/Foley Law
777 E. Wisconsin Ave.
Milwaukee, WI 53202

Brett Pankau
101 W. Park Dr.
Lombard, IL 60148

Brown Rudnick LLP
Attn: Andrew C. Crawford, Esq.
601 Thirteenth St., NW, #600
Washington, DC 20005

Charles Cairns
W806 Shorewood Dr.
East Troy, WI 53120

Charles Yanke
1400 W. Pierce St.
Milwaukee, WI 53204

Christopher A. Mayhew
11208 Vale Rd.
Oakton, VA 22124

Christopher and Peggy Mayhew
11208 Vale Rd.
Oakton, VA 22124

Christopher Schneider
4124 Madrona Way
Tacoma, WA 98407

Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

```
Donald Hunt
860 N. Lake Shore Dr., #15M
Chicago, IL 60611


Dr. Eckhart Grohmann
c/o Grohmann Museum
1000 N. Broadway
Milwaukee, WI 53202


Edgar C. Harrell
3133 Connecticut Ave.
Apt. 119
Washington, DC 20008


Finnegan, Henderson, Farabow
Garrett & Dunner/Alison Kaytes
901 New York Ave., NW
Washington, DC 20001-4413


G. Frederick Trust
Lon P. Frederick
20830 Vincent Dr.
Brookfield, WI 53045


Gaines EQ Trust
1732 Wildberry Dr., Unit E
Glenview, IL 60025


George L. Toman
17222 Spates Hill Rd.
Poolesville, MD 20837


Henry P. Schneider
c/o Chapman Petersen, Esq.
3970 Chain Bridge Rd.
Fairfax, VA 22030


Hunt Trust
c/o Donald Hunt
860 N. Lake Shore Dr., #15M
Chicago, IL 60611


John J. Gaines, III
1732 Wildberry Dr., Unit E
Glenview, IL 60025
```

John J. Gaines, Ltd.
2700 Patriot Blvd., Suite 250
Glenview, IL 60026


John Vogel Living Trust
85 Bay Dr.
Annapolis, MD 21403


King Aymond
5200 Lake Mendota Dr.
Madison, WI 53705


Lon P. Frederick
20830 Vincent Dr.
Brookfield, WI 53045


Marbury Law Group, PLLC
11800 Sunrise Valley Dr.
Floor 15
Reston, VA 20191


Mark Newcomer
W238 N3293 High Meadow Ct.
Pewaukee, WI 53072


Mary Rucht
742 Beall Ave.
Rockville, MD 20850


Mayhew Estate
c/o Christopher Mayhew
11208 Vale Rd.
Oakton, VA 22124


Mayhew Trust
11208 Vale Rd.
Oakton, VA 22124


Mr. Kent A. Raabe Family
Fund Raabe Foundation
1080 Hawthorne Ridge
Brookfield, WI 53045-4511

My Guys Storage
45726 Elmwood Ct.
Sterling, VA 20166-2344


Protorae Law, PLLC
1921 Gallows Rd., Suite 950
Vienna, VA 22182


Raabe Foundation
1080 Hawthorne Ridge
Brookfield, WI 53045-4511


Raymond T. Riddle
3321 Prairie Glade Rd.
Middleton, WI 53562


Robert Weiland
W 182 N9052 Amy Lane
Menomonee Falls, WI 53051


Roger Hill
Lovas LLC
5000 Willow Spring Dr.
Racine, WI 53402


Roger Hill Exempt Trust II
5000 Willow Spring Dr.
Racine, WI 53402


Sean Patrick Roche, Esq.
Cameron McEvoy PLLC
4100 Monument Corner Dr., #420
Fairfax, VA 22030


Sharon Kennedy
2218 E. Day Island Blvd. W.
Tacoma, WA 98466


Sorenson Family Trust
c/o Arlo and Carol Sorensen
2015 Paseo Del Sol
Palos Verdes Peninsula, CA 90274

Steven J. Reid
c/o J. Chapman Petersen, Esq.
3970 Chain Bridge Rd.
Fairfax, VA 22030


Steven M. Schneider
16084 S.E. Goosehollow Dr.
Damascus, OR 97089


Toxey Califf Estate
c/o Barbara C. Warder
411 Duke St.
Alexandria, VA 22314


VA Branches, LLC
c/o Guardian Realty Management
6000 Executive Blvd., #400
N. Bethesda, MD 20852


W. Lawrence Patrick
c/o Chapman Petersen, Esq.
3970 Chain Bridge Rd.
Fairfax, VA 22030


Wanless B M Trust
c/o Barbara Wanless
2481 N. 117th St.
Milwaukee, WI 53226


Wanless B&D
c/o Barbara Wanless
2481 N. 117th St.
Milwaukee, WI 53226


Wanless MCW
c/o Barbara Wanless
2481 N. 117th St.
Milwaukee, WI 53226


William & Paula Shows
820 E. Green Tree Rd.
Milwaukee, WI 53217

# United States Bankruptcy Court
## Eastern District of Virginia

In re: Vision III Imaging, Inc.
Debtor(s)

Case No.
Chapter 7

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Vision III Imaging, Inc. in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 17, 2023
Date

/s/ Steven B. Ramsdell,
Steven B. Ramsdell, 33222
Signature of Attorney or Litigant
Counsel for Vision III Imaging, Inc.
Tyler, Bartl & Ramsdell, PLC
300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011